UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

JUN 28 2010  PM05:43

M. REGINA THOMAS,
CLERK

BY:_____
DEPUTY CLERK

|  |  |  |
|---|---|---|
| IN RE: | ) | Case No. 04-41561 |
| Tonie Gail Lester, | ) | (Chapter 13) |
|  | ) |  |
| DEBTOR | ) |  |

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

There having been a dividend check in the above-named case issued to eCAST Settlement Corporation ("Claimant") in the amount of $1,994.14 and said check having not been cashed by said payee, the Trustee pursuant to 11 U.S.C. § 347 (a) of the Bankruptcy Code paid this unclaimed money to the Clerk, U.S. Bankruptcy Court, which was deposited in the United States Treasury.

The Claimant believes that it did not receive the dividend check in the above case for the following reasons: The original payment was mailed to  PO Box 35480, Newark, NJ  07193. That address is no longer valid. The change of address prevented delivery of the original payment. Document(s) confirming the merger, authority to act and old address have been attached.

To the best of my knowledge and belief, there is no dispute or controversy as to these funds, their availability or to whom they belong.

Claimant has authorized the undersigned to act as attorney-in-fact to recover these funds as evidenced by the attached limited power of attorney.

Claimant by and through its attorney-in-fact respectfully moves the Court to enter an order for release of funds due Claimant in the above captioned case.

WHEREFORE, Claimant asks the Court to enter an order to the Clerk of the Court to release said funds to Claimant c/o American Property Locators, Inc., Attn:  Greg Griffith, 3855 South Boulevard, Suite 200, Edmond, OK  73013.

eCAST Settlement Corporation

By: _____
Greg Griffith
American Property Locators, Inc.
Attorney-In-Fact
3855 S. Boulevard, Suite 200
Edmond, OK  73013
(405) 340-4900

Received in U.S. Bankruptcy Court
Rome, Georgia

JUN 3 0 2010

M. Regina Thomas, Clerk

By:_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

IN RE:                    )
                         ) Case No. 04-41561
Tonie Gail Lester,     )     (Chapter 13)
                     )

DEBTOR

## AFFIDAVIT OF SERVICE & AWARENESS
## OF STATE REQUIREMENTS

Notice is hereby given to the court that on _____*June 24, 2010*_____ the US Attorney was advised via the US Postal Service at the address below, of the intent of Greg Griffith of American Property Locators, Inc., to apply for the release of unclaimed funds in the above named case on behalf of eCAST Settlement Corporation.

United States Attorney
Richard B. Russell Federal Bldg
75 Spring Street., SW, Ste 600
Atlanta, GA  30303

I, Greg Griffith, hereby state that I am aware of the federal and State requirements associated with personal representation of individuals and corporations. I am especially aware of those requirements within the state of Georgia.

_____
Greg Griffith

SUBSCRIBED AND SWORN before me this _*24*_ day of _*June*_____
201*0*.

_____
Notary Public

KATRINA J. CUTTER
Notary Public
State of Oklahoma
Commission # 03004752  Expires 04/27/11

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 04-41561 |
| | ) | |
| Tonie Gail Lester, | ) | (Chapter 13) |
| | ) | |
| DEBTOR(s). | ) | Judge:  Mary Grace Diehl |

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

On the 11/1/2007, the Trustee filed a Trustee's Notice and Payment into the Court for Unclaimed Funds and issued a check to the Clerk, U.S. Bankruptcy Court, for deposit into the Registry of the Court in the amount of $1,994.14  on behalf of eCAST Settlement Corporation ("Claimant").

On June 24, 2010, Claimant filed a petition seeking payment. The petition and the documents attached thereto establish that Claimant is entitled to the Unclaimed Funds. Accordingly, it is hereby

**ORDERED** that the Clerk, U.S. Bankruptcy Court, shall issue a check in the amount of $1,994.14 payable to eCAST Settlement Corporation and shall send said check to payee at the following address: c/o American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK  73013.

**IT IS SO ORDERED** this ____ day of _____, 201__.


_____
Mary Grace Diehl
United States Bankruptcy Judge


Prepared and Approved by:


Greg Griffith
American Property Locators, Inc.

## LIMITED POWER OF ATTORNEY

eCAST Settlement Corporation, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in its place for the purposes and duration set forth below.

Principal appoints Greg Griffith of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK  73013 to be its attorney-in-fact to act for it in its name and place, and in any capacity that Principal might act,

## Only to recover cash or cash equivalents specifically arising from the Tonie Gail Lester bankruptcy matter that belong to the Principal

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 21st day of May, 2010.

**PRINCIPAL:**
eCAST Settlement Corporation
(Tax ID # 13-4150500)

By: _____

Title:   Executive Vice President .

**PRINCIPAL'S ADDRESS:**
383 Madison Ave
New York City, NY  10179

### ACKNOWLEDGMENT

STATE OF NEW JERSEY)

COUNTY OF BERGEN)

Before me, the undersigned a Notary Public, in and for said County and State on this 21st day of May, 2010, personally appeared Edward Benison to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its Executive Vice President and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:          Notary _____

ANN PICHARDO
Commission # 2370233
Notary Public, State of New Jersey
My Commission Expires
February 27, 2013

EDWARD P. BENISON
EXECUTIVE VICE PRESIDENT



eCAST SETTLEMENT CORPORATION
270 PARK AVE., 10TH FL., NEW YORK, NY 10017
TEL: (212) 272.6926   FAX: (212) 272.8169
ed.benison@jpmorgan.com

## Certificate of Authority to Act for
## eCAST Settlement Corporation

I, the undersigned, Timothy Stapleford , as ____PRESIDENT____ of
eCAST Settlement Corporation, do hereby certify that **Edward Benison** has the authority
to act on behalf of eCAST Settlement Corporation, in all matters of collection, etc. for
eCAST Settlement Corporation including, without limitation, the recovery of unclaimed
funds arising from bankruptcy matters.

IN WITNESS HEREOF, I have hereunto signed my name this 21 st day
of September , 2009.

eCAST Settlement Corporation

Corporate seal

Notary Statement

### ACKNOWLEDGMENT

STATE OF New Jersey
COUNTY OF Bergen

Before me, the undersigned a Notary Public, in and for said County and State on this 21 st day of
September , 2009, personally appeared Timothy Stapleford to me known to be the identical
person who subscribed his/her name to the foregoing instrument, as its President and acknowledged to me
that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein
set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first
above written.

My Commission Expires:                 Notary _____

ANN PICHARDO
Commission # 2370233
Notary Public, State of New Jersey
My Commission Expires
February 27, 2013

STATE OF NEW JERSEY NOTARY PUBLIC COMMISSION
THIS IS TO CERTIFY THAT
ANN PICHARDO
WHO RESIDES IN BERGEN        COUNTY
IS COMMISSIONED A NOTARY PUBLIC
FEBRUARY 27, 2008 TO FEBRUARY 27, 2013
VALID DATES

SIGNATURE

2370233
I. D. NUMBER        ACTING STATE TREASURER



# American Property Locators, Inc.

3855 South Boulevard, Suite 200
Edmond, OK  73013
www.apl-inc.com

Fax (405) 340-5968                                                                              (800) 730-4343
E-Mail: ggriffith@apl-inc.com                                                            (405) 340-4900

June 24, 2010

VIA  PRIORITY MAIL

U.S. Bankruptcy Court
NORTHERN DISTRICT OF GEORGIA
75 Spring Street SW, Suite 1340
Atlanta, GA  30303
Attn: Lynn Saunders

                                        Re:     NORTHERN DISTRICT OF GEORGIA
                                        APPLICATION FOR PAYMENT OF UNCLAIMED
                                        FUNDS

Dear Ms. Saunders:

Enclosed is an Application for Payment of Unclaimed Funds relating to the following matter:

| | |
|---|---|
| Case No. | 04-41561 |
| Debtor: | Tonie Gail Lester |
| Creditor/Claimant: | eCAST Settlement Corporation |
| Amount: | $1,994.14 |

Thank you for your assistance in this matter.

Sincerely,

Greg Griffith

GMG/rbl
Enclosures